J. K. WILSON v. WM. V. FARMER, CHAIRMAN OF THE BOARD OF COUNTY COMMISSIONERS OF MADISON COUNTY.

(Filed 24 February, 1937.)

APPEAL by defendant from *Phillips, J.,* 18 September, 1936, at Chambers. From MADISON. Reversed.

This is a petition for writ of *mandamus* by the acting tax collector of Madison County against the chairman of the board of county commissioners of Madison County to force the defendant to sign a check for a sum of money alleged to be due the petitioner as salary. From the judgment for plaintiff defendant excepted, assigned error, and appealed to the Supreme Court.

*No counsel for plaintiff.*
*Roberts & Baley for defendant.*

CLARKSON, J. For the reasons given, in *Reed v. Wm. V. Farmer, Chairman of Board of County Commissioners of Madison County, ante,* 249, the judgment in this cause is
Reversed.